UNITED STATES DISTRICT COURT  
FOR THE  
SOUTHERN DISTRICT OF GEORGIA  
AUGUSTA DIVISION

UNITED STATES OF AMERICA

V.     1:13CR00232-001

Priscilla Kirsty Smith

On October 6, 2014, the above-named was placed on probation for a period of twelve months. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Priscilla Kirsty Smith be discharged from probation.

Respectfully submitted,

Christopher A. Doughtie, Sr.  
Supervisory United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this **19th** day of **August**, 2015.

Brian K. Epps  
United States Magistrate Judge